In the Matter of the Arbitration between CAULDWELL-WINGATE COMPANY, Appellant, and WANDER IRON WORKS CO., Respondent.

Argued April 21, 1952; decided May 29, 1952.

*Monroe J. Cahn* and *Herbert S. Greenberg* for appellant.
*Emanuel Harris* and *Max E. Greenberg* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.